CHAD T. WISHCHUK, SBN 214779
E-mail: cwishchuk@mftb.com
LAURA B. MACNEEL, SBN 251540
E-mail: lmacneel@mftb.com

**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants William Charles Porges, dba Accelerated Electric, Porges Enterprises, Inc., dba Accelerated Electric, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM CHARLES PORGES, individually and doing business as ACCELERATED ELECTRIC; PORGES ENTERPRISES INC., doing business as ACCELERATED ELECTRIC, INC.; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50,<br><br>Defendants. | CASE NO:  1:11-CV-02048-LJO-SKO<br><br>NOTICE OF MOTION AND MOTION BY MARKS, FINCH, THORNTON & BAIRD, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS<br><br>Assigned to:<br>Hon. Lawrence J. O'Neill, Ctrm. 4, 7th Floor<br>Hon. Sheila K. Oberto, Ctrm. 7, 6th Floor<br><br>Complaint Filed:  December 13, 2011<br>Trial Date:           June 25, 2013 |

Pursuant to Local Rule 182 Marks, Finch, Thornton & Baird, LLP ("MFTB"), moves this court for an order relieving it and its attorneys, including Chad T. Wishchuk, Esq., and Laura B. MacNeel, Esq., as attorneys of record for defendants William Charles Porges, dba Accelerated Electric and Porges Enterprises, Inc., dba Accelerated Electric, Inc. (collectively "Defendants").

This motion is made on the grounds that Defendants have instructed MFTB not to perform any more work on its behalf in the captioned action, and Defendants have failed to pay MFTB's legal fees and costs.  This motion is based on the concurrently filed Declaration of Chad T. Wishchuk, Esq. and Defendants' Consent To Withdrawal Of MFTB.

DATED:  December 3, 2012                         Respectfully submitted,

MARKS, FINCH, THORNTON & BAIRD, LLP


By: /s/ Chad T. Wishchuk
       CHAD T. WISHCHUK
Attorneys for Defendants William Charles Porges, dba Accelerated Electric, Porges Enterprises, Inc., dba Accelerated Electric, Inc.

280.023/33M5041.DOCX.axm

NOTICE OF MOTION AND MOTION BY MARKS, FINCH, THORNTON & BAIRD, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS

CASE NO:  1:11-CV-02048-LJO-SKO

MARKS, FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically on this 3rd day of December 2012 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF:</u>

| | |
|---|---|
| Henry Y. Chiu, Esq.<br>Michael E. Moss, Esq.<br>Moss, Tucker, Chiu, Hebesha & Ward PC<br>Fig Garden Financial Center<br>5260 N. Palm Avenue, Suite 205<br>Fresno, California 93704<br>Telephone:  (559) 472-9992<br>Facsimile:    (559) 472-9892<br>E-Mail: HChiu@MossTuckerLaw.com | ATTORNEYS FOR PLAINTIFFS BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND, JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND, and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND |

DATED:  December 3, 2012         Respectfully submitted,

MARKS, FINCH, THORNTON & BAIRD, LLP


By:   /s/ Chad T. Wishchuk
         CHAD T. WISHCHUK
Attorneys for Defendants William Charles Porges, dba Accelerated Electric, Porges Enterprises, Inc., dba Accelerated Electric, Inc.

---

CERTIFICATE OF SERVICE

CASE NO:  1:11-CV-02048-LJO-SKO