IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CHARLES PORGES, et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 11-2048 LJO SKO<br><br>**NOTICE OF INTENT TO STRIKE ANSWERS** |

Defendants William Charles Porges ("Mr. Porges") and Porges Enterprises, Inc. ("Porges, Inc.") proceed in this action without representation by counsel. Porges, Inc., as a corporation, may appear in this action only through counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993). Porges, Inc. has disobeyed the February 22, 2013 order to secure counsel within 30 days. Mr. Porges and Porges, Inc. failed to participate to file a joint pretrial statement as required by Local Rule 281(a). Accordingly and on the basis of good cause, this Court NOTIFIES Mr. Porges and Porges, Inc. of this Court's intent to strike their answer, unless no later than May 13, 2013:

1. Porges, Inc. appears in this action through counsel; and

2. Mr. Porges and Porges, Inc. file and serve papers to show good cause for their failure to file a joint pretrial statement and to defend meaningfully the claims against them.

If Mr. Porges and Porges, Inc.'s answer is stricken, this Court will order plaintiffs to seek default

1

entry and judgment against Mr. Porges and Porges, Inc.

The clerk is directed to serve a copy of this order on Mr. Porges and Porges, Inc. at Accelerated Electric, Inc., 855K South Main Street, #441, Fallbrook, CA 92028.

IT IS SO ORDERED.

**Dated:   May 9, 2013**                        /s/  **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE