1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

9

### FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., | CASE NO. CV F 11-2048 LJO SKO |
| Plaintiff, | **ORDER TO STRIKE ANSWER OF PORGES DEFENDANTS** (Docs. 10, 39.) |
| vs. | |
| WILLIAM CHARLES PORGES, et al., | |
| Defendants. | |
| _____/ | |

18      This Court's May 9, 2013 notice admonished defendants William Charles Porges ("Mr. Porges")

19  and Porges Enterprises, Inc. ("Porges, Inc.") of this Court's intent to strike their answer, unless no later

20  than May 13, 2013:

21          1.      Porges, Inc. appears in this action through counsel; and

22          2.      Mr. Porges and Porges, Inc. file and serve papers to show good cause for their failure to

23                  file a joint pretrial statement and to defend meaningfully the claims against them.

24      Porges, Inc. failed to secure counsel and Mr. Porges and Porges, Inc. failed to file and serve

25  papers to show good cause for their failure to file a joint pretrial statement and to defend meaningfully

26  the claims against them.  As such, this Court:

27          1.      STRIKES the answer of Mr. Porges and Porges, Inc. (doc. 10);

28          2.      VACATES the May 15, 2013 pretrial conference and June 25, 2013 trial;

3.  ORDERS plaintiffs, no later than June 10, 2013, to file and serve papers to either: (a) dismiss this action against Mr. Porges and Porges, Inc.; or (b) seek entry of default and default judgment against Mr. Porges and Porges, Inc.  A default judgment hearing is to be set before U.S. Magistrate Judge Sheila Oberto.

The clerk is directed to serve a copy of this order on Mr. Porges and Porges, Inc. at Accelerated Electric, Inc., 855K South Main Street, #441, Fallbrook, CA 92028.

IT IS SO ORDERED.

**Dated:**   **May 14, 2013**                   /s/  **Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2