# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM CHARLES PORGES dba ACCELERATED ELECTRIC, et al., <br><br> Defendants. | CASE NO. 1:11-cv-02048-LJO-SKO <br><br> **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> (Docket No. 42) <br><br> **ORDER DENYING AS MOOT PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE** <br><br> (Docket No. 44) |

The Court finds that Plaintiffs' motion for default judgment (Doc. 42) is suitable for decision without oral argument, pursuant to Rule 230(g) of the Local Rules of the United States District Court, Eastern District of California. Accordingly, the hearing set for July 17, 2012, is VACATED; the parties do not need to appear. The Court will issue a separate order. Plaintiff's request to appear telephonically (Doc. 44) is thus MOOT.

The Clerk of the Court is directed to serve a copy of this order on Defendants William Charles and Porges Enterprises, Inc. at Accelerated Electric, Inc., 855K South Main Street, #441, Fallbrook, CA 92028.

IT IS SO ORDERED.

**Dated:   July 11, 2013**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE