UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF IBEW LOCAL PENSION NO. 100 PENSION TRUST FUND, et al., | CASE NO. CV F 11-2048 LJO SKO |
|---|---|
| Plaintiffs, | **ORDER AFTER SETTLEMENT WITH SINGLE DEFENDANT** **(Doc. 49.)** |
| vs. | |
| WILLIAM CHARLES PORGES, et al., | |
| Defendant. | |

  Plaintiff's counsel notified this Court that settlement has been reached with defendant American Contractors Indemnity Company ("ACIC").  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiffs and ACIC, **no later than October 11, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

  This Court VACATES all pending matters and dates pertaining to ACIC.

  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of

1

Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **September 4, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE