MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD
A Professional Corporation
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 436-3847

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM CHARLES PORGES, individually and doing business as ACCELERATED ELECTRIC; PORGES ENTERPRISES INC., doing business as ACCELERATED ELECTRIC, INC.; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50,<br><br>Defendants. | Case No.  1:11-cv-02048-LJO-SKO<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS SUBJECT TO SETTLEMENT AGREEMENT**<br><br>**[FRCP, RULE 41]**<br><br><br><br>Complaint Filed: December 13, 2011<br>Trial Date:  June 25, 2013 |

Plaintiffs BOARD OF TRUSTEES OF: IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND (collectively, "Plaintiffs") and defendant AMERICAN CONTRACTORS INDEMNITY COMPANY

("ACIC"), being the only parties that have appeared in the present action, hereby stipulate, and request an order, that the Court dismiss Plaintiffs' claims against ACIC, with prejudice, due to the Parties' settlement of said claims.

Dated: September 12, 2013.          MOSS, TUCKER, CHIU, HEBESHA & WARD PC

By   */s/ Henry Y. Chiu*
  HENRY Y. CHIU
  Attorney for the Plaintiffs

Dated: September 11, 2013.          LANAK & HANNA, P.C.

By   */s/ Robert J. Stroj*
  ROBERT J. STROJ
  Attorney for the Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY

## O R D E R

PLAINTIFFS' CLAIMS AGAINST ACIC ARE HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 12, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE